# FEDERAL DEFENDERS

MIDDLE DISTRICT OF ALABAMA
FEDERAL DEFENDER PROGRAM, INC.
817 SOUTH COURT STREET
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org



RECEIVED
2014 SEP -5 P 2: 27

CHRISTINE A. FREEMAN
Executive Director

September 2, 2014

**BY HAND DELIVERY**
Honorable Susan Russ Walker
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104

2:14cm2818-SRW

Re:   *Jennifer Arnette*

Dear Judge Walker:

Our office has confirmed, in a phone conversation with Assistant U.S. Attorney Brandon Essig, that Ms. Arnette is a target of investigation regarding possible federal criminal violations of banking laws.

Ms. Arnette has requested counsel. Enclosed is her Financial Affidavit. Our office is able to accept appointment, if the Court approves.

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

CAF/bks
cc:   Brandon Essig, Esq.
Enclosure